UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BALA BANGLES, INC.,<br><br>PLAINTIFF,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:23-CV-16721<br><br>JUDGE FRANKLIN U. VALDERRAMA<br><br>MAGISTRATE JUDGE KERI L. HOLLEB HOTALING |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the following Defendants identified on Schedule A:

| NO. | DEFENDANT |
|---|---|
| 216 | direct us |
| 155 | Flamingo Casa |
| 177 | Klhamky life |
| 4 | Ningbo Boga Sports Goods Co., Ltd. |
| 184 | Innocareer |

Dated: April 19, 2024

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***